**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |

JAMES N. QUINN and GUY DAVID, individually and as trustee of the Guy David Declaration of Trust dated March 3, 2001, Plaintiffs v. PLASTIVAL CANADIAN HOLDINGS, INC., a corporation of Canada and PLASTIVAL US HOLDINGS, INC., a Delaware corporation, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES N. QUINN and GUY DAVID, individually and as trustee of the Guy David Declaration of Trust dated March 3, 2001

**FILED**
**DECEMBER 28, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 7287**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE SCHENKIER**

| NAME (Type or print) |
|---|
| Lawrence A. Stein |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Lawrence A. Stein |

| FIRM |
|---|
| Huck Bouma PC |

| STREET ADDRESS |
|---|
| 1755 South Naperville Road |

| CITY/STATE/ZIP |
|---|
| Wheaton, Illinois  60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216903 | (630) 221-1755 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |