14338-2
AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**07 C 7287**

**SUMMONS IN A CIVIL CASE**

JAMES N. QUINN and GUY DAVID, individually and as trustee of the Guy David Declaration of Trust dated March 3, 2001

V.

PLASTIVAL CANADIAN HOLDINGS, INC., a corporation of Canada and PLASTIVAL US HOLDINGS, INC., a Delaware corporation

CASE NUMBER:

ASSIGNED JUDGE: **JUDGE LEFKOW**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIE**

TO: (Name and address of Defendant)

PLASTIVAL US HOLDINGS, INC.
9 Greenwich Office Park
Greenwich, Connecticut 06831

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence A. Stein
HUCK BOUMA PC
1755 South Naperville Road
Wheaton, Illinois 60187

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk



(By) DEPUTY CLERK

December 28, 2007

Date



JAN 25 REC'D

By _____



**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                     ) SS
NEW CASTLE COUNTY)

Re:  JAMES N QUINN AND GUY DAVID INIVIDUALLY AND AS TRUSTEE OF THE GUY DAVID DECLARATION OF T vs PLASTIVAL CANADIAN HOLDINGS INC A CORPORATION OF CANADA ET AL
    Civil Action No. 07 C 7287

    Jeffrey Maddocks, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon MARY DRUMMOND, SERVICE OF PROCESS FOR CORPORATION SERVICE COMPANY, Registered Agent for PLASTIVAL US HOLDINGS INC at 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON, DE 19808 on 1/14/2008 at 10:27AM a copy of Out of State Summons and Complaint.
    The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

                                           DEPUTY SHERIFF
                                           NEW CASTLE COUNTY

STATE OF DELAWARE)
                     ) SS
NEW CASTLE COUNTY)

    BE IT REMEMBERED that on January 16, 2008 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Jeffrey Maddocks, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
    SWORN AND SUBSCRIBED before me, the date and year aforesaid.

                                                   Notary Public