14338-2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES N. QUINN and GUY DAVID, individually and as trustee of the Guy David Declaration of Trust dated March 3, 2001, <br><br> Plaintiffs, <br><br> v. <br><br> PLASTIVAL CANADIAN HOLDINGS, INC., a corporation of Canada and PLASTIVAL US HOLDINGS, INC., a Delaware corporation, <br><br> Defendants. | No. 07-7287 |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiffs, JAMES N. QUINN and GUY DAVID, by their attorney, LAWRENCE A. STEIN of HUCK BOUMA PC, stipulate to the entry of an order pursuant to rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing this matter with prejudice. The plaintiffs reserve the right to withdraw this stipulation if and only if the written settlement agreement of the parties is not fulfilled.

Respectfully submitted,

HUCK BOUMA PC

/s/   Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

R:\14000s\14300-14399\14338-2\Pleadings\Stipulation to dismiss.wpd