## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

James N Quinn, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:07−cv−07287
                                                            Honorable Joan H. Lefkow

Plastival Canadian Holdings, Inc., et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 12, 2008:

    MINUTE entry before Judge Joan H. Lefkow :Status hearing stricken. Pursuant to Stipulation [9] case dismissed with prejudice. Civil case terminated. Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.